**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Adam J. DeBow, SBN 305809
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant, CITY OF LINCOLN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, | CASE NO. **2:17-CV-0123-MCE-DB** |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| CITY OF LINCOLN, | Complaint Filed: 01/30/2015 |
| Defendant. | |
| _____/ | |

This Stipulation is entered into by and between Plaintiff BYRON CHAPMAN ("Plaintiff") and Defendant CITY OF LINCOLN ("Defendant") through their respective counsel of record. The Parties have conferred and agree to continue the current deadline of February 21, 2017 to respond to Plaintiff's Complaint to March 10, 2017 for the limited purpose of completing a Settlement Conference scheduled with Magistrate Judge Carolyn Delaney on February 21, 2017. The parties have good cause to request an extension for this limited purpose.

///
///
///
///

{01642762.DOCX}                                             1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED AND AGREED.**

Dated:  February 02, 2017    THOMAS E. FRANKOVICH
                             A PROFESSIONAL LAW CORPORATION

                             By:  /s/*Thomas E. Frankovich* (Authorized on 02/02/17)
                                  Thomas E. Frankovich
                                  Attorney for Plaintiff,
                                  BYRON CHAPMAN

Date: February 22, 2017      PORTER SCOTT
                             A PROFESSIONAL CORPORATION

                             By:  /s/*Stephen E. Horan*
                                  Stephen E. Horan
                                  Adam J. DeBow
                                  Attorneys for Defendant
                                  CITY OF LINCOLN

{01642762.DOCX}                          2
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**ORDER**

Based upon the Stipulation of the parties, and good cause having been shown, the February 21, 2017 deadline to file a responsive pleading to Plaintiff's Complaint is extended to March 10, 2017.

IT IS SO ORDERED.

Dated: February 22, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL.: 916.929.1481
FAX: 916.927.3706

{01642762.DOCX}                    3
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**