# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, | Case No.: 2:17-cv-00123-MCE-EFB |
| Plaintiff, | |
| v. | **ORDER CONTINUING THE SETTLEMENT CONFERECE** |
| CITY OF LINCOLN, | |
| Defendants. | Fed. R. Civ. P. 16(b)(4) |

Having read and considered the Stipulation of the Parties, and for good cause shown, the Court hereby GRANTS the Stipulation and continues the June 26, 2018, settlement conference. The settlement conference will take place on September 4, 2018, at 9:30 a.m. Briefs are due to the Court on or before August 28, 2018.

**IT IS SO ORDERED.**

Dated: June 26, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE