**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Stephanie P. Foote SBN 311548
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481 • FAX: 916.927.3706

Attorneys for Defendant, CITY OF LINCOLN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, | **CASE NO.** 2:17-cv-001234-MCE-EFB |
| Plaintiff, | **Related Cases:** 2:17-cv-00123-MCE-EFB |
| | 2:18-cv-01059-MCE-EFB |
| v. | **JOINT STIPULATION FOR DISMISSAL; ORDER** |
| CITY OF LINCOLN, | |
| Defendant. | Complaint Filed: 01/19/2017 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BYRON CHAPMAN and Defendant CITY OF LINCOLN through the undersigned, that this action be dismissed, with prejudice, with each side to bear their own attorney's fees and costs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

///
///
///
///
///
///
///
///

{01921518.DOCX}     1
**JOINT STIPULATION FOR DISMISSAL; ORDER**

Dated: November 28, 2018				THE FRANKOVICH GROUP

							By  */s/ Thomas E. Frankovich* (approved 11/26/18)

								Thomas E. Frankovich
								Attorney for Plaintiff BYRON
								CHAPMAN

Dated: November 28, 2018				PORTER SCOTT
							A PROFESSIONAL CORPORATION

							By  */s/ Stephen E. Horan*
								Stephen E. Horan
								Stephanie P. Foote
								Attorneys for Defendant CITY OF
								LINCOLN

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

**ORDER**

Pursuant to the stipulation between the parties and Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action is ordered DISMISSED with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 28, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE